

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER**

Appellate case name:       Harold Earl Wilson v. Deutsche Bank Trust Company Americas
                           formerly known as Banker's Trust Company, as Trustee and Custodian
                           for IXIS 2006-HE2

Appellate case number:     01-12-00284-CV

Trial court case number:   0771999A

Trial court:               133rd District Court of Harris County

      Appellee's brief in this case is due on November 25, 2013.

      It is so ORDERED.


Judge's signature: __/s/ <u>Harvey Brown</u>
                       X Acting individually    ☐ Acting for the Court


Date:  October 5, 2013